**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERK'S OFFICE

2005 FEB -9 P 1: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| George Oliveras | } |
|               Plaintiff | } |
| | } |
| v. | } |
| | } |
| CITY OF SPRINGFIELD, SPRINGFIELD PUBLIC | } |
| SCHOOLS, SUPERINTENDENT DR. JOSEPH | } |
| P. BURKE, PRINCIPAL DR. ANN STENNETT, | } |
| ASSISTANT PRINCIPAL MR. THOMAS | } |
| O'BRIEN, ASSISTANT PRINCIPAL MR. | } |
| KOLAJO AFOLABI | } |
|              Defendants | } |

CIVIL ACTION NO.
05- 30045- MAP

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
## AND A PRELIMINARY INJUNCTION

COMES now the plaintiff, by and through his undersigned counsel, and moves this Court

to issue a Temporary Restraining Order and a Preliminary Injunction enjoining the defendants

from the continued exclusion of the plaintiff from school, ordering the defendants to allow the

plaintiff to make up his school work which was missed during his wrongful exclusion from

school, fairly grade said work, expunge the plaintiff's school records of any reference to his

suspension/expulsion from school, and cease and desist from disseminating any information

concerning the plaintiff's alleged misconduct and the actions of defendants thereto to third

parties.

Plaintiff states that:

a)    he will suffer irreparable harm if the injunction is not granted;

b)    there is a strong likelihood that he will succeed on the merits; and

c)    the balance of harm clearly favors Plaintiff.

The facts and the law in support of this Motion are set forth more fully in the accompanying Memorandum.

WHEREFORE, the Plaintiff respectfully moves this Court to issue a Temporary Restraining Order and a Preliminary Injunction as requested above in the complaint herein.

Respectfully submitted,
The Plaintiff
By his attorney

February 8, 2005

Derek M. Beaulieu, Esq.
1242 Main Street, Suite 306
Springfield, MA 01103
BBO#644185

## CERTIFICATE OF SERVICE

I, Derek M. Beaulieu, Attorney for **Plaintiff** hereby certify that on this eighth day of February 2005, I delivered via in hand service a copy of the foregoing **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION** to Peter Fenton, Esq., 1695 Main Street, Springfield MA 01103.

February 9, 2005

Derek M. Beaulieu, Esq.