UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Oliveras

               Plaintiff

v.

CITY OF SPRINGFIELD, SPRINGFIELD PUBLIC SCHOOLS, SUPERINTENDENT DR. JOSEPH P. BURKE, PRINCIPAL DR. ANN STENNETT, ASSISTANT PRINCIPAL MR. THOMAS O'BRIEN, ASSISTANT PRINCIPAL MR. KOLAJO AFOLABI

               Defendants

CIVIL ACTION NO. 05-30045-MAP

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ~~MOTION~~ IN EXCESS OF 25 PAGES

The Plaintiff hereby requests permission from the Court to file his MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION and memorandum in support thereof in excess of twenty five pages for the following reasons:

Whereas this is a motion for preliminary injunction this motion is more similar to a complaint by nature. In order to make the case for the plaintiff and state that facts and law in a manner sufficient to stand on its own the motion required in excess of twenty five pages.

WHEREFORE, plaintiff respectfully request that this court grant the him permission to file this motion which is greater than the twenty five page limit.

                                                        Respectfully submitted,
                                                        The Plaintiff
                                                        By his attorney

February 8, 2005

                                                        Derek M. Beaulieu, Esq.
                                                        1242 Main Street, Suite 306
                                                        Springfield, MA 01103
                                                        BBO#644185

## CERTIFICATE OF SERVICE

I, Derek M. Beaulieu, Attorney for Plaintiff hereby certify that on this ~~eighth~~ day of February 2005, I delivered via in hand service a copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE ~~RESPONSE TO DEFENDANT'S~~ MOTION ~~FOR SUMMARY JUDGMENT~~ IN EXCESS OF 25 PAGES to Peter Fenton, Esq., 1695 Main Street, Springfield, MA 01103.

February 9, 2005

Derek M. Beaulieu, Esq.