UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA ) | |
| ) | |
| v. ) | CASE NO. 05-3044 MAP |
| ) | |
| CITY OF SPRINGFIELD, ET AL ) | |

| | |
|---|---|
| GEORGE OLIVERAS ) | |
| ) | |
| v. ) | CASE NO. 05-3045 MAP |
| ) | |
| CITY OF SPRINGFIELD, ET AL ) | |

**AFFIDAVIT OF DR. WILLIAM J. COSGRIFF**

I, Dr. William J. Cosgriff take oath and state that:

1. I have personal knowledge and information of the facts stated herein and if called as a witness, I would testify competently thereto.

2. My professional credentials include a Ph. D. in Counseling Psychology (University of Massachusetts 1991), a Certificate of Advanced Study in Guidance & Psychological Services (Springfield College 1982); an M. A. in Secondary Education (American International College 1974) and a B. S. in Mathematics (Fairfield University 1968). I am currently licensed by the Board of Registration of Psychologists: Commonwealth of Massachusetts as a Licensed Psychologist and Board Certified Health Services Provider.

46344

1

I am also licensed by the Department of Education: Commonwealth of Massachusetts as a School Psychologist, Guidance Counselor (inactive), School Adjustment Counselor (inactive), Teacher of Mathematics (inactive). My Psychology and Counseling licenses are for grades K-12; Mathematics license for grades 7-12. Over the years I have held a number of teaching, counseling and supervisory positions in the Springfield Public School system. In addition, I have served as an adjunct faculty member at a number of colleges and taught a variety of different college level courses.

3. I am currently employed by the City of Springfield Public Schools as the Supervisor of Psychological Services at Springfield Academy ("SPAC").

4. There are four distinct programs within SPAC. (1) The Long Term (LT) school for students K-12 with severe emotional impairment who cannot function in any other public school program; (2) The Emergency Services Program (ESP) for students new to the system with serious behavioral/emotional difficulties who need a period of assessment or observation before a determination is made if they are appropriate for a traditional school or if they need intense SPED services and for students already in the school system who are experiencing significant behavioral difficulties and need a period of extended evaluation out of their traditional school; (3) The Springfield Therapeutic Educational Partnership (STEP) Program - an intense program in partnership with the Child Guidance Clinic for students with more significant mental health

46344

2

problems; and (4) The Assessment Center (AC) Program for students suspended long term from their traditional school for a serious offense such as staff assault, serous student assault, drug/alcohol violation, arson or other fire related offenses, sexually inappropriate behavior, and other very serious offenses.

5. Students referred to the AC Program usually attend for about 10-15 days and participate in a structured intervention program to address the issue for which they are suspended. They also bring their regular school work so they do not fall behind academically while they are out of their regular school.

6. Among my many duties as Supervisor of Psychological Services at Springfield Academy Secondary School, are review of the more serious cases referred to the Assessment Center (suspension program) and consultation with the AC's Adjustment Counselor regarding which school setting is appropriate to meet the needs of these troubled students while at the same time protecting the school population as a whole. This work involves a review and authorization for transfers within and to the alternative schools. Approximately 100 of the 400 AC referrals per year to SPAC fall into the category of serious offenses requiring my input.

7. On December 10, 2004, SPAC was informed by the City that the Chestnut Street School building that housed SPAC would be closed due to multiple building code violations and that SPAC would be re-located to a new site or sites. At the old Chestnut building SPAC had the capacity to provide

educational services for approximately 250 students. At that time, SPAC was at, or near, capacity and serviced a student population consisting of approximately: 180 LT students (K-12); 14 STEP students (K-5); 30 ESP students (K-12); and 25-30 AC students (K-12).

8. On January 4, 2005 SPAC was relocated to a several different sites due to the unavailability of any one site large enough to house all four SPAC programs. The LT, ESP and AC secondary programs for grades 6-12 were moved to the MCDI building. The LT, ESP and AC Elementary K-5 programs were moved to Alden Baptist Church. The STEP Program was moved to the Child Guidance Clinic.

9. The move of SPAC's secondary school programs (LT, ESP and AC) to the MCDI building resulted in a smaller number of classrooms servicing fewer students in each classroom. The net effect of this move on SPAC's secondary programs was a loss of 20 LT seats, 4 ESP seats, and 15 AC seats. In addition to these losses of capacity in each SPAC secondary program, there was some unavoidable confusion and lost time in dismantling classes and offices at Chestnut and setting them up in all the various new sites.

10. With this loss of capacity to provide services to all students requiring them, it became necessary to identify and prioritize which students would be admitted to the different programs.

11. For those students who commit serious violations of the Code of Conduct and receive long term suspensions and referred to the AC program, SPAC

46344

4

prioritizes and takes in the students who are protected under IDEA with an IEP first. As for regular education students who are referred to the AC program they will be taken into the Program if there is room or, if not, they are either referred to another alternative school or back to their traditional school with a recommendation that they be placed in an in-school suspension program and complete the Violence Prevention Program there.

12. On January 27, 2005, Dr. Gillat, the Principal of SPAC and my immediate supervisor, indicated to me that we needed to find placements within the alternative schools, including Sci Tech Twilight School, for the 7 students who had been suspended from Commerce under M.G.L. c.71 § 37H1/2.

13. There are 6 alternative high schools in the Springfield Public School system (SPAC, Springfield High School, Bridge Academy, MCDI High School, SAGE and the Twilight School).

14. I was directed to distribute the students within the alternative schools. Since SPAC is one of the largest of the alternative schools and takes the highest risk students, 2 of the 7 students were assigned to the SPAC LT program. The other 5 students were each to be assigned to different alternative schools.

15. Of the alternative schools, neither MCDI High School nor the Twilight School at Sci-Tech provide SPED services. Those alternative schools only serve regular education students.

46344

5

16. George Oliveras ("George") and Hector Rivera ("Hector") are both regular education students. Consequently it was decided that they would be assigned to MCDI High School and Sci-Tech Twilight school. Because of the unique requirements for admission to the Sci-Tech Twilight School, it was later decided that George should initially attend the regular day school at Sci-Tech. It is my understanding that the MCDI High School Adjustment Counselor attempted unsuccessfully to speak with Ms. Madelyn Santiago on several occasions and has written her concerning this issue. A true and authentic copy of that letter is attached hereto and incorporated by reference herein as Exhibit 3.

Subscribed and sworn to under the pains and penalties of perjury this 2nd day March 2005.

Dr. William J. Cosgriff
SPAC Supervisor of Psychological Services
Springfield Public Schools

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                               Springfield, March 2, 2005

Then personally appeared the above named Dr. William J. Cosgriff and made oath that the above affidavit is true to the best of his knowledge and belief, and that said affidavit is given of his own free act and deed, before me.

Notary Public
My Commission
Expires: 076060

46344

6



**EXHIBIT 3**

# THE PUBLIC SCHOOLS of SPRINGFIELD, MASSACHUSETTS

### MCDI ALTERNATIVE HIGH SCHOOL
140 Wilbraham Avenue
Springfield, Massachusetts 01109
(413) 787-7164
(413) 787-7284

---

March 1, 2005

Dear Ms. Madelyn Santiago:

This letter is to notify you of Hector Rivera's **4 unexcused** absences from school. I have attempted to call your home on three separate dates: February 18th, February 28th, and March 1st. All three phone calls ended in a recording stating that your "number had been disconnected – no further information is available".

Please be aware that according to the Springfield Public Schools' Attendance Policy students are allowed only 12 absences from school for the entire academic year.

The list of excused absences is short and can be found in the student handbook. A note must be provided *within 48 hours of the absence;* phone calls will not suffice.

Please contact me with any questions or concerns regarding this matter or if you wish to schedule a conference.

Sincerely,

Gina Gelineau Dowd
Adjustment Counselor