AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS.

## APPEARANCE

Case Number: CA 05-30045

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case ~~for~~ as Co-Counsel for George Oliveras.

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT DISTRICT OF MASS
2005 MAR -2 A 11:09

| | |
|---|---|
| 3-2-05 | Bryan K. Clauson, Esq. |
| Date | Signature |
| | BRYAN K. CLAUSON |
| | Print Name |
| | 95 STATE ST., SUITE 701 |
| | Address |
| | Springfield      MA      01103 |
| | City                State        Zip Code |
| | (413) 519-3384 |
| | Phone Number |