UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA }<br>              Plaintiff } <br>v.                  } <br>                    }<br>CITY OF SPRINGFIELD, ET AL }<br>              Defendants } | CIVIL ACTION NO. 05-3044 MAP |
| GEORGE OLIVERAS }<br>              Plaintiff }<br>v.                  }<br>                    }<br>CITY OF SPRINGFIELD, ET AL }<br>              Defendants } | CIVIL ACTION NO. 05-3045 MAP |

**JOINT STATEMENT PURSUANT L.R. 16.1**

Now comes the parties, and respectfully submits the following Joint Statement pursuant to Local Rule 16.1(d).

The plaintiffs, Hector Rivera and George Oliveras (hereinafter collectively called "plaintiffs") and the defendants, the City of Springfield; The Springfield Public Schools, Superintendent Joseph Burke, Principal Dr. Ann Stennett, Assistant Principal Mr. Thomas O'Brien, and Assistant Principal Mr. Kolajo Afolabi, and Defendant, Springfield School Committee, whose members include Charles V. Ryan, Mayor/Chairman, Thomas M. Ashe, Vice Chairperson, Marjorie J. Hurst, Esq., Jennifer Murphy, Antoinette Pepe, Michael Rodgers, Kenneth E. Shea, Esq., (hereinafter collectively called "defendants") state that they have conferred as required by court order and L.R. 16.1 and agree"

1. the plaintiffs will make a written demand for settlement within 30 days and the defendants will have forty-five days to respond; and

2. they have conferred with their respective counsel as required by local rule 16.1. with a view to establish a budget for the costs of the conducting the full course, and various alternative courses of litigation and to consider the to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4. Certification required by L.R. 16.1 (D)(3) are attached hereto.

In addition, the parties agree to an order for discovery and a proposed schedule for the filing of motions and pretrial scheduling as follows:

1. All automatic discovery will be exchanged by June 27, 2005:

2. All written discovery requests will be served by August 27, 2005;

3. Motions to amend Pleadings and add parties, complying with the Local Rules 15.1(b), before November 27, 2005;

4. All non-expert depositions before September 27, 2005;

5. Counsel will appear again before this court for a status conference thereafter.

6. Plaintiff does not consent to trial before the Magistrate Judge.

DATED: May 10, 2005
Respectfully Submitted,

**PLAINTIFFS**

By its attorney,

**/s/ Derek M. Beaulieu**
Derek M. Beaulieu, Esquire
1242 Main Street
Suite 306
Springfield, MA  01103
BBO#644185

Respectfully Submitted,

**DEFENDANTS**
**Springfield Public Schools Et Al**
By its attorney,

**/s/ Harry P. Carroll, Esq**
Harry P. Carroll, Esq.
Deputy City Solicitor
BBO 076060
City of Springfield Law Department
36 Court Street
Springfield, MA  01103

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA }<br>              Plaintiff   }<br>v.                          }      CIVIL ACTION NO. 05-3044 MAP<br>                            }<br>CITY OF SPRINGFIELD, ET AL }<br>              Defendants  } | |
| GEORGE OLIVERAS }<br>              Plaintiff   }<br>v.                          }      CIVIL ACTION NO. 05-3045 MAP<br>                            }<br>CITY OF SPRINGFIELD, ET AL }<br>              Defendants  } | |

CERTIFICATION AFFITMING PARTY'S COUNSEL HAVE CONFERED

Pursuant to Rule 16.1., the parties named below have conferred regarding the scheduling of the matter mentioned herein, please find certification attached hereto.

DATED: May 10, 2005
Respectfully Submitted,                                   Respectfully Submitted,

**PLAINTIFFS**                                            **DEFENDANTS**
                                                          **Springfield Public Schools Et Al**
By its attorney,                                          By its attorney,

**/s/ Derek M. Beaulieu**                                 **/s/ Harry P. Carroll, Esq**
Derek M. Beaulieu, Esquire                                Harry P. Carroll, Esq.
1242 Main Street                                          Deputy City Solicitor
Suite 306                                                 BBO 076060
Springfield, MA  01103                                    City of Springfield Law Department
BBO#644185                                                36 Court Street
                                                          Springfield, MA  01103