UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE OLIVERAS,<br>　　　　　Plaintiff<br><br>　　v.<br><br><br>CITY OF SPRINGFIELD, et al.,<br>　　　　　Defendants | )<br>)<br>)<br>)　Civil Action No.  05-30045-MAP<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
May 17, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. By May 24, 2005, Plaintiff's counsel shall explain to the court in writing their absence today.

2. Also by May 24, 2005, Plaintiff shall file his signed certification pursuant to Local Rule 16.1.

3. The parties shall complete their automatic disclosures by June 27, 2005.

4. All written discovery shall be served by August 27, 2005.

5. Non-expert depositions shall be completed by January 13, 2006.

6. Counsel shall appear for a case management conference on January 18, 2006, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge