UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA } | |
|     Plaintiff } | |
| v. } | CIVIL ACTION NO. 05-3044 MAP |
| } | |
| CITY OF SPRINGFIELD, ET AL } | |
|     Defendants } | |

| | |
|---|---|
| GEORGE OLIVERAS } | |
|     Plaintiff } | |
| v. } | CIVIL ACTION NO. 05-3045 MAP |
| } | |
| CITY OF SPRINGFIELD, ET AL } | |
|     Defendants } | |

**CERTIFICATION PURSUANT L.R. 16.1**

Now comes the Plaintiffs in the above captioned matters, and respectfully submits pursuant to Local Rule 16.1(D)(3) (a)-(b) that they have discussed a litigation budget and resolution of the litigation using Alternative Dispute Resolution with their counsel of record.

**/S/DEREK M. BEAULIEU**
Derek M. Beaulieu *as Guardian ad litem*
On Behalf of Hector Rivera

**/S/DEREK M. BEAULIEU**
Derek M. Beaulieu *as Guardian ad litem*
On Behalf of George Oliveras

                     Respectfully submitted,
                     The Plaintiff
                     By their attorneys

May 22, 2005            **/S/DEREK M. BEAULIEU**
                     Derek M. Beaulieu, Esq.
                     1242 Main Street, Suite 306
                     Springfield, MA 01103
                     BBO#644185