## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GEORGE OLIVERAS,
        Plaintiff

                                         CIVIL ACTION NO.  05-30045-MAP
       V.

CITY OF SPRINGFIELD, ET AL
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

PONSOR,  D..J:

    The Court having been advised on June 22, 2005  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                      By the Court,

June 22, 2005                                   /s/ Mary Finn

       Date                                          Deputy Clerk